# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amanda L. Van Hoose Garofalo
direct dial: 212.589.4610
agarofalo@bakerlaw.com

January 29, 2018

**VIA ECF**

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
United States District Court
District of New Jersey
402 E. State Street, Rm 6052
Trenton, New Jersey 08608

Re:  *Arevalo, et al. v. Seldat Distribution, Inc., et al.*
     Civil Action No.: 16-712 (MAS)

Dear Judge Bongiovanni:

Pursuant to Your Honor's January 23, 2018 Order (Dkt. No. 29) in the above-referenced matter, attached please find the documents our client, Daniel Dadoun, has provided to us to present to the Court in support of his recent flight from Israel to JFK airport on January 22, 2018.

Respectfully,

/s/ *Amanda L. Van Hoose Garofalo*

Amanda L. Van Hoose Garofalo

cc: Zachary Zahner, Esq. (via ECF)