

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] – [redacted]

[redacted]

[redacted]

**From:** Daniel Dadoun [mailto:daniel@seldatinc.com]
**Sent:** Sunday, January 21, 2018 8:20 AM
**To:** Sima Levy <sima.levy@seldatinc.com>; Sarah Cohen <sarah.cohen@seldatinc.com>
**Subject:** Fwd: Your priceline itinerary for New York City, NY- Sunday, January 21, 2018 (Itinerary# 100-005-114-85)

Please check me in and print in

---------- Forwarded message ----------
From: "priceline.com Customer Service" <ItineraryAir@trans.priceline.com>
Date: Dec 19, 2017 12:17 AM
Subject: Your priceline itinerary for New York City, NY- Sunday, January 21, 2018 (Itinerary# 100-005-114-85)
To: <DANIEL@seldatinc.com>
Cc:

To view this email as web page, go here

priceline.com     Hotels   Cars   Flights

## Your Flight Confirmation for Sun, January 21

Priceline Trip Number: 100-005-114-85
To view your full itinerary, click here.

 Print Itinerary

✉ Email Itinerary

📱 Add Trip to App



Email Itinerary

Check in times, itineraries and trav
Everything you need to get you there.

Add Trip to App

## Tel Aviv, Israel ➡ New York City, NY

Sun Jan 21 2018 - Mon Jan 22 2018

Airline Confirmation Numbers
**Azerbaijan**: EQK4F

| Passengers : | Passengers and Ticket Numbers: |
|---|---|
| | **Daniel Dadoun**<br>Ticket Number: 7717092920059 |

**Sun Jan 21**

**Sun Jan 21**

**Tel Aviv ➡ New York City**

TLV ➡ GYD

TLV ➡ GYD

10:25 PM - 04:00 AM
Azerbaijan Flight 22
*3h 35m, 1,025 miles*

Depart: Ben Gurion Airport (TLV), Tel Aviv
Arrive: Heydar Aliyev Intl Airport (GYD), Baku

Economy Class - Airbus A319

2h layover in Baku

GYD → JFK

GYD → JFK

06:00 AM - 09:30 AM
Azerbaijan Flight 101
*12h 30m, 5,813 miles*

Depart: Heydar Aliyev Intl Airport (GYD), Baku
Arrive: John F Kennedy Intl Airport (JFK), New York City

Economy Class - Boeing 787

**Important Information**

Airline change penalties and restrictions apply.

Airline Tickets are non-transferrable. Name changes or adjustments are not allowed

You will be issued electronic tickets. All travelers will need a valid passport and you may additional documentation at your destination and/or in connecting countries

Children under the age of 18 may require additional documentation when traveling interna

Federal law forbids the carriage of hazardous materials such as aerosols, fireworks, and fla aboard aircraft in your luggage or on your person. For full details on prohibited materials airline or visit the FAA website.



## Schedule your ride to the airport

Uber is available 24/7. No cash required.

**SCHEDULE RIDE**

UBER | priceline.com

| Summary of Charges |
|---|
| Total Price: $367.47 |

| | |
|---|---|
| Purchase Date: | December 18, 2017 |
| Purchase Method: | Mastercard (6399) |
| Billing Name: | Daniel Dadoun |

| | |
|---|---|
| Ticket Cost: | $285.00 |
| Taxes & Fees: | $82.47 |

| | |
|---|---|
| Tickets: | 1 |

| | |
|---|---|
| **Total Price:** | **$367.47** |
| **Bonus:** | **No Priceline Booking Fee** |

See **baggage information** for additional fees that may apply

**Need a Rental Car?**
We've got amazing deals from the top rental car brands!

We've got amazing deals from the top rental car brands!

| | |
|---|---|
| Pick-up: | **Mon January 22 - 10:00 AM** |
| Drop-off: | **Mon January 29 - 09:00 AM** |
| Location: | **John F Kennedy Intl Airport (JFK)** |

Change Search

Since You've Booked a Flight with us, You're Eligible to Save up to 40% Off.

Your Provider Will Be One Of Our Pr 

  



| $29/day | $30/day | $30/day |
|---|---|---|
| Economy Car | Compact Car | Mid-Size Car |
| Kia Rio or similar† | Nissan Versa or similar† | Chevrolet Cruze |
| 4  2  auto  ac | 4  2  auto  ac | 5  2  auto |
| Choose | Choose | Choose |

Prices are in USD                                                Don't see something you

## Airline Contact Information

**Azerbaijan**

Phone Number
1-844-598-8880

Confirmation Number
EQK4F

Website
http://www.azal.az

## Customer Care

Our customer care team is here to help. Call us at:

Israel
+800 774 23546

+1 212 444-0022

Priceline US & Canada
1-800-340-0575

Phone Number You Provided: 12016189608

Priceline Trip Number: 100-005-114-85



**5X More Rewards!**
With the Priceline Visa® Card

More Details »



**Get our FREE APP**
Book and view your itinerary

...