

# E-Boarding Pass



| NAME OF PASSENGER | FREQUENT FLYER | SPECIAL SERVICE | |
|---|---|---|---|
| DADOUN/DANIEL | | | |

| FLIGHT | FROM | TO | DATE |
|---|---|---|---|
| J20022 | TELAVIV BEN GURIO | HEYDAR ALIYEV INT | 21JAN18 |

| GATE | BOARDING TIME | SEAT | CLASS |
|---|---|---|---|
| | 21:45 | 29C | X |

| SEQUENCE NUMBER | DEPARTURE TIME | E-TICKET | BOOKING |
|---|---|---|---|
| 11 | 22:25 | 7717092920059 | EQK4F |

**AZAL MILES TIER**

## BAGGAGE



### Checked baggage

Bag drop closes for domestic 30, international 40, for some international flights 60 minutes before departure. Please check at: www.azal.az/en/information/general-information. Show your E-Boarding pass to our Agent at the Baggage drop-off counter. Excess baggage fees may apply. Free baggage allowance varies by route and class. Visit our website www.azal.az/en/information/baggage for complete details.



### Carry-on baggage

One piece of cabin baggage per person not exceeding 10 kg and dimensions H x W x D max. 55 x 35 x 20sm could be carried on-board free of charge. Security regulations restrict the carriage of liquids, gels, aerosols and dangerous goods. Visit our website www.azal.az/en/service/dangerous-objects for complete details. Your cabin bag will be checked at the gate, if you arrive at the gate with more than one item or it exceeds the above weight/dimensions we reserve the right to collect the large cabin baggage fee as checked-in baggage and carry your baggage in the hold or to cancel your reservation and to deny boarding.

## Travel Documents

You are responsible for having all valid travel documents required for your journey. For more information see www.azal.az/en/information/general-information.

## IMPORTANT NOTICE

You must print this E-Boarding pass and take it with you to the airport. Some airport authorities could deny the usage of this E-Boarding pass due to security issues. Please check with the airport authorities. Check the airport monitors for boarding gate information. Clear security 30 minutes before departure. Gate closes 15 minutes before departure, if you arrive late at the departure gate you will be denied boarding.

**Thank you for flying with Azerbaijan Airlines. We wish you a pleasant flight!**



# E-Boarding Pass



| NAME OF PASSENGER | FREQUENT FLYER | SPECIAL SERVICE | |
|---|---|---|---|
| DADOUN/DANIEL | | | |

| FLIGHT | FROM | TO | DATE |
|---|---|---|---|
| J20101 | HEYDAR ALIYEV INT | KENNEDY- NEW YORK | 22JAN18 |

| GATE | BOARDING TIME | SEAT | CLASS |
|---|---|---|---|
| | 05:20 | 27A | X |

| SEQUENCE NUMBER | DEPARTURE TIME | E-TICKET | BOOKING |
|---|---|---|---|
| 1 | 06:00 | 7717092920059 | EQK4F |

AZAL MILES TIER

## BAGGAGE

 ### Checked baggage

 ### Carry-on baggage

Bag drop closes for domestic 30, international 40, for some international flights 60 minutes before departure. Please check at: www.azal.az/en/information/general-information. Show your E-Boarding pass to our Agent at the Baggage drop-off counter. Excess baggage fees may apply. Free baggage allowance varies by route and class. Visit our website www.azal.az/en/information/baggage for complete details.

One piece of cabin baggage per person not exceeding 10 kg and dimensions H x W x D max. 55 x 35 x 20sm could be carried on-board free of charge. Security regulations restrict the carriage of liquids, gels, aerosols and dangerous goods. Visit our website www.azal.az/en/service/dangerous-objects for complete details. Your cabin bag will be checked at the gate, if you arrive at the gate with more than one item or it exceeds the above weight/dimensions we reserve the right to collect the large cabin baggage fee as checked-in baggage and carry your baggage in the hold or to cancel your reservation and to deny boarding.

## Travel Documents

You are responsible for having all valid travel documents required for your journey. For more information see www.azal.az/en/information/general-information.

## IMPORTANT NOTICE

You must print this E-Boarding pass and take it with you to the airport. Some airport authorities could deny the usage of this E-Boarding pass due to security issues. Please check with the airport authorities. Check the airport monitors for boarding gate information. Clear security 30 minutes before departure. Gate closes 15 minutes before departure, if you arrive late at the departure gate you will be denied boarding.

**Thank you for flying with Azerbaijan Airlines. We wish you a pleasant flight!**