

Daniel Dadoun <daniel@seldatinc.com>

## Important Information about your flight.
1 message

El Al Info Service <service@elal.elalinfo.co.il>  Fri, Dec 29, 2017 at 3:00 AM
To: DANIEL@seldatinc.com



**MR DANIEL DADOUN** ,יקר/ה

**QHEPAC** הזמנה

אנו מבקשים לתזכר אותך כי חל שינוי בלוח הזמנים ו/או נתיב טיסתך.

פרטי הטיסה המקורית

| תאריך הטיסה | מסלול הטיסה | מספר הטיסה | שעת הטיסה | תאריך נחיתה | שעת נחיתה |
|---|---|---|---|---|---|
| 22Jan18 | TLV-JFK | LY2 | 00:15 | 22Jan18 | 06:20 |

פרטי הטיסה החדשה

| תאריך הטיסה | מסלול הטיסה | מספר הטיסה | שעת הטיסה | תאריך נחיתה | שעת נחיתה |
|---|---|---|---|---|---|
| 22Jan18 | TLV-JFK | LY8 | 02:50 | 22Jan18 | 09:30 |

לנוסעים בטיסות ל/מ ניו יורק או לונדון, אנא שימו לב לשינויים אפשריים בשמות שדות התעופה בהמראה / נחיתה.

לאישור קבלת מייל זה, לחץ כאן    דחייה

אנו מתנצלים על השינוי ומאחלים לך טיסה נעימה.

הנך מתבקש/ת שלא לעשות שימוש באופציית "השב" מאחר ואיננו תומכים בקבלת מיילים מכתובת זו.

**Dear MR DANIEL DADOUN,**

**Reservation number QHEPAC**

This is to remind you of a change in your flight schedule.

Original flight details

| Departure date | Route | Flight number | Departure time | Arrival date | Arrival time |
|---|---|---|---|---|---|
| **22Jan18** | **TLV-JFK** | **LY2** | **00:15** | **22Jan18** | **06:20** |

New flight details

| Departure date | Route | Flight number | Departure time | Arrival date | Arrival time |
|---|---|---|---|---|---|
| **22Jan18** | **TLV-JFK** | **LY8** | **02:50** | **22Jan18** | **09:30** |

Passengers To/From New York or London, please note the possibility of change in Arrival/Destination airport.

To confirm receipt of this Email, click here    Decline

**We apologize for the change and wish you a pleasant flight.**

Please do not use the EMail "Reply" function as we are not able to respond to messages sent to this address

למוקד 03-9771111    לניהול הזמנה    לאתר אל על