# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amanda L. Van Hoose Garofalo
direct dial: 212.589.4610
agarofalo@bakerlaw.com

February 7, 2018

**LETTER MOTION**

**VIA ECF**

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
United States District Court
District of New Jersey
402 E. State Street, Rm 6052
Trenton, New Jersey 08608

    Re:    *Arevalo, et al. v. Seldat Distribution, Inc., et al.*
            Civil Action No.: 16-712 (MAS)

Dear Your Honor:

    This Firm represents Defendants Seldat Distribution, Inc. and Daniel Dadoun (collectively, "Defendants") in the above-referenced action. We respectfully submit this Letter Motion to seek the Court's permission to withdraw our representation of Defendants in this matter pursuant to New Jersey Rules of Professional Conduct 1.16. We do not wish to publicly disclose the reason necessitating withdrawal based upon attorney client privilege, but if Your Honor requires further information, please feel free to contact us *ex-parte*. Although this litigation is not in its infancy, our representation of Defendants has been brief, and we therefore do not anticipate this withdrawal causing significant delay to the litigation.

The Honorable Tonianne J. Bongiovanni
February 7, 2018
Page 2

      Defendants consent to this motion.  We thank the Court for its consideration of this request.

Respectfully,

*/s/ Amanda L. Van Hoose Garofalo*

Amanda L. Van Hoose Garofalo


cc: Zachary Zahner, Esq. (via ECF)